UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny Allen,<br><br>               Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC,<br><br>               Defendants. | Case No. ED CV 15-00806-BRO-FFM<br><br>**ORDER RE STAY OF ACTION AND ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY**<br><br>**NEXT REPORT DUE 6/27/16** |

    The Court, having stayed the matter, **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

    This action shall be STAYED until the ruling on the motion by the MDL Panel.

    IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

    In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

    The first such report is to be filed on June 27, 2016, unless the stay is lifted sooner. Successive reports shall be filed every 30 days thereafter. Each report must indicate on the face page the date on which the next report is due.

    All pending calendar dates are vacated by the Court.

1.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS HEREBY ORDERED**

Dated: May 28, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

2.