JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY ALLEN; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**ENHANCED RECOVERY COMPANY, LLC,**<br><br>Defendant. | **Case No.:** 5:15-CV-00806-BRO-FFM<br><br>**ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this entire action is dismissed without prejudice. Each party shall bear its own costs and expenses.

DATE: August 29, 2016

_____
HON. BEVERLY REID O'CONNELL
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE